FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 25 2012

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK MORETTI-MOROTE,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States, and NATHALIE ASHER, Seattle Field Office Director, United States Immigration and Customs Enforcement,<br><br>Respondents. | Case No. C11-1856-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. 4, respondents' motion to dismiss, Dkt. 10, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's petition for writ of habeas corpus, Dkt. 4, is DENIED, respondents' motion to dismiss, Dkt. 10, is GRANTED, and this action is DISMISSED with prejudice. Any other pending motions are STRICKEN as moot.

11-CV-01856-ORD

ORDER OF DISMISSAL - 1

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 25th day of May, 2012.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2